```
George Holland, Jr., (216735)
HOLLAND LAW FIRM
600 16th Street, Suite 100
Oakland, CA 94612
(510) 465-4939


Attorney for Plaintiff
YVONNE WATSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET STORES CORPORATION, et al.,<br><br>    Defendants. | Case No. C-05-00968 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE** |

Plaintiff Yvonne Watson, through and her attorney George Holland, Jr., and defendant Target Corporation, through their attorney Alison L. Tsao, stipulate that this entire action is dismissed with prejudice, and each side is to gear their own costs and fees.

Dated: March 7, 2006

_____
GEORGE HOLLAND, JR., Attorney for
Plaintiff YVONNE WATSON

Dated: March 9, 2006

_____
ALISON T. TSAO, Attorney for Defendant
TARGET CORPORATION

///

////

---

Re-Notice of Taking The Deposition

1

1 | **IT IS SO ORDERED**

2 | Dated:   March 20, 2006

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / Judge Charles R. Breyer]*

STIPULATION AND ORDER OF DISMISSAL USDC NO. C05-00968 CRB